Pallone *v.* Travelers Indemnity Company
(et al., Appellant).

Ar-

gued November 14, 1972. *Richard B. Kirkpatrick,* with him *Lee A. Montgomery,* and *Galbreath, Braham, Gregg, Kirkpatrick, Jaffee & Montgomery,* for appellant; *William A. Weiler,* with him *Armand Cingolani,* and *Glasso & Weiler,* for appellees.

Judgment affirmed.

CERCONE, J., absent.